PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BEHROOZ DELGOSHAEI,<br><br>              Plaintiff,<br><br>v.<br><br>KRISTI NOEM[1], Secretary of the United States Department of Homeland Security, *et al.*,<br><br>              Defendants. | C 4:24-cv-08880-HSG<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until April 6, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    1.    Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application for Asylum and for Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") has scheduled the asylum interview to take place on March 6, 2025. USCIS agrees to work

---

[1] Kristi Noem is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stip. to Stay Proceedings
C 4:24-cv-08880-HSG                      1

1  diligently towards completing adjudication of Plaintiff's application, absent the need for further

2  adjudicative action or unforeseen circumstances that would require additional time for adjudication.

3      2.   Plaintiff agrees to submit all supplemental documents and evidence no later than seven to

4  ten days prior to the interview, pursuant to USCIS policy. Plaintiff agrees that the failure to timely

5  submit this evidence may result in the rescheduling of the interview at no fault of USCIS.

6      3.   If needed by Plaintiff or his dependent(s), Plaintiff shall bring his own interpreter to his

7  asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-

8  provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to his

9  interview may result in the interview being rescheduled at no fault of USCIS.

10     Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

11 April 6, 2025, at which time the parties will file a joint status report with the Court. At that time, the

12 parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

13 appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

14 case will benefit the parties and conserve the Court's resources while the parties pursue a potential

15 administrative resolution.

16

17

18 Dated: February 14, 2025                    Respectfully submitted[2],

19                                              PATRICK D. ROBBINS
                                                Acting United States Attorney
20

21                                               /s/ Elizabeth D. Kurlan
                                                ELIZABETH D. KURLAN
22                                              Assistant United States Attorney
                                                Attorneys for Defendants
23

24 //

25 //

26 //

27
   ───────────────────────────────
28 [2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Stip. to Stay Proceedings
C 4:24-cv-08880-HSG                          2

1  Dated: February 14, 2025

2                                         */s/ Michael Martin*
                                       MICHAEL MARTIN
                                       Martin & Farah Law, PC
                                       Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  2/18/2025

                                       HON. HAYWOOD S. GILLIAM, JR.
                                       United States District Judge